Argued and submitted September 30, vacated and remanded for reconsideration November 9, 2011

STATE OF OREGON,
*Plaintiff-Appellant,*

*v.*

RALPH HERBERT PICKERING,
*Defendant-Respondent.*

Clatsop County Circuit Court
097040; A144706

266 P3d 161

Joanna L. Jenkins, Assistant Attorney General, argued the cause for appellant. With her on the brief were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General.

Ryan T. O'Connor, Senior Deputy Public Defender, argued the cause for respondent. With him on the brief was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.